UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

MELINDA S. STEPHAN,                )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )        Case No. 4:24-cv-00006-TWP-KMB
                                   )
MARTIN O'MALLEY,                   )
Commissioner of Social Security,   )
                                   )
        Defendant.                 )

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the

Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency

for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Date: 4/18/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via e-mail generated by the Court's ECF system.